**EXHIBIT B**

2018年9月29日 23:01


节后和李嘉诚儿子合作谈成功了，估计马上就会涨到50美金

赶紧转我一万个呗🤭 

2018年9月30日 00:03

 🔊 26"

现在是这样的。你要是长期持有的话的话呢，就是。按照市场的价格给你打七折，这是最便宜的了，那你要多也没有最多给你一万个币。这样的打七折的。在超过一万的话呢，这个价格的话呢，可能还要高一些，现在是没有办法没有办法。