**EXHIBIT D**

