**EXHIBIT F**

