# EXHIBIT G

