# EXHIBIT H

2021年3月18日 下午 8:00

我了解你，人好有情义，就是太 TM 的财迷心窍

去年一分没转我，但凡我能借钱的，一点没麻烦你，你太过了

你是个反复无常的人，我还是看在之前的情份上，我每个月还会给你的，你想怎么做是你的权利，我不管，但还是把丑话说再前面，你必须给我文字保证，到时候国内给你人民币，你要把我从美国转给你的美金，从美国帐户退回到我美国帐户。因为我美国帐户美金都是报过税的。

你海外资产报税了么？报了多少税？

