**EXHIBIT I**

