# EXHIBIT J

掉了😭，前两天所以的话，现在这个钱非常紧张，我这样的，我等一下再发个链接给你，你那个你开一个投资账户，开个投资账户的话呢，我看一下的，我从还能账户上面那个转一个几万美金的那个基金那个给你去，你然后把卖掉或以后钱就能掏出来了，我现在不然的话，我这边现在钱掏不出来，没有办法。

 好东西要跟好朋友分享。
通过我的链接在第一证...

https://share.firstrade.com/HUICHIQG5U 

2021年6月1日 下午7:19

 按照这个链接开好帐户，帐号和帐户上的英文名给我，我来按排 Helen 去办理给你基金的转户公证