# EXHIBIT L

# FIRSTRADE
30-50 Whitestone Expressway
Ste. A301, Flushing, NY 11354
Client Services: (800) 869-8800
From Overseas: (718) 961-6600

## CASH &/OR SECURITY JOURNAL REQUEST FORM

Instructions must be dated within 30 days from the date of receipt by Apex.

第一证券账户间资产转移表格

DATE 日期: 12/4/2021

### ACCOUNT INFORMATION 账户信息

| Field | Value |
|---|---|
| Delivering Account No. | [redacted] |
| Delivering Account Name/Title 现有资产账户名称 | Hui Chi Chuang |
| Receiving Account No. | [redacted] |
| Receiving Account Name/Title 接收资产账户名称 | YuanYuan Zhang |

If the Receiving Account Title does not match the Delivering Account Title, the request will be considered a Third Party Transfer. Third Party Transfers must adhere to Apex's Third Party Policy.

### TRANSFER INFORMATION 转账信息

Full Transfer of Cash & Securities? 转移账户全部资产？
(Accrued interest will also be transferred) (累积利息也将进行转移)  **No**

Reason for Transfer 资产转移原因: 转妹妹的股票给她自己用

For Partial Transfers, complete the following 部分转移请填写:

Cash 现金 $

| # | Symbol/CUSIP 代号 | Shares 股数 | # | Symbol/CUSIP 代号 | Shares 股数 |
|---|---|---|---|---|---|
| 1 | FAS | 400 | 7 | | |
| 2 | | | 8 | | |
| 3 | | | 9 | | |
| 4 | | | 10 | | |
| 5 | | | 11 | | |
| 6 | | | 12 | | |

### CUSTOMER AUTHORIZATION 客户授权

Customer Signature 账户持有人签名: /s/ Hui Chi Chuang

Joint Account Holder 共同持有人签名:

I/We agree to hold all parties acting on this request, including the introducing broker and Apex Clearing Corporation, and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

### NOTARY 公证

Notary Signature 公证人签名: /s/

Notary Seal 公证人盖章:
KWANG SOO KIM
COMM. #2229335
Notary Public - California
Orange County
My Comm. Expires Jan. 25, 2022

### FOR INTERNAL USE ONLY 此栏限第一证券专用

Registered Principal Approval:

| Print Name | Title | Signature | Date |
|---|---|---|---|

Compliance Officer Approval/Registered Principal Approval

| Print Name | Title | Signature | Date |
|---|---|---|---|

PF10088-CSJR 08/17/2018