UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
YUANYUAN ZHANG, :
:
:
Plaintiff, :
: **ORDER**
v. : 22-CV-2745 (WFK) (JRC)
:
CHUANRONG ZHANG, THE BELT AND :
ROAD GROUP, INC., and HUI CHI CHANG, :
:
Defendants. :
-------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On September 6, 2024, the Honorable Magistrate Judge James R. Cho issued a Report and Recommendation ("R&R") recommending denying Plaintiff's motion for attorney's fees, granting in part Plaintiff's motion for costs, and denying Plaintiff's motion for a specific amount of post-judgment interest at this time. ECF No. 35; *see also* ECF Nos. 31, 34.

The parties did not file any objections to the R&R, which were due by Friday, September 20, 2024. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). The Court reviews an R&R for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here and therefore adopts the R&R in its entirety. Specifically, the Court DENIES Plaintiff's motion for attorney's fees, but GRANTS Plaintiff's motion for $225.00 in costs. As Judge Cho noted, the Court already awarded Plaintiff pre-judgment interest in the amount of $38,211.49. *See* Order dated June 12, 2023, ECF No. 29. In addition, the Court DENIES Plaintiff's motion to set post-judgment interest in the amount of $1,310.38; the motion is denied at this time because post-judgment interest continues to accrue until the "date of payment." 28 U.S.C. § 1961(b).

1

Plaintiff is directed to serve a copy of this Order by overnight mail and first-class mail on all Defendants, and by email on Defendants Chuanrong Zhang and The Belt and Road Group, Inc. Plaintiff's counsel shall file proof of service on ECF by 5:00 P.M. on September 27, 2024.

**SO ORDERED.**

**s/ WFK**
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: September 23, 2024
       Brooklyn, New York